# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2995
_____

BUTCH LYNN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

March 12, 2025

PER CURIAM.

   The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Butch Lynn, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.